FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0053



IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 25-0053

RONALD CHARLES PEPPERS,

Petitioner,

v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,

Respondent.

FILED

JAN 2 2 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: January 22, 2025

BOWEN GREENWOOD
Clerk of the Supreme Court